# UNITED STATES DISTRICT COURT

### District of

UNITED STATES OF AMERICA
ex rel Tomasa Heiskell, relator    Plaintiff (s),
V.

Mario Bianco                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:22-cv-10166-FDS

Notice is hereby given that, subject to approval by the court, __Tomasa Heiskell__ substitutes
(Party (s) Name)

__Edward Rice__, State Bar No. __637513__ as counsel of record in
(Name of New Attorney)

place of __Caitlin M. Duane__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: EdRiceLaw
- Address: 45 Pierce Street Malden, MA 02148
- Telephone: 617-475-0909    Facsimile
- E-Mail (Optional): ed@edricelaw.com

I consent to the above substitution.
Date: 6/25/24

/s/ Tomasa Heiskell
(Signature of Party (s))

I consent to being substituted.
Date: 6/25/24

*(signature)*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/25/24

/s/ Edward Rice
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**